| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | DARIN ROCK<br>Special Assistant U.S. Attorney |
| 3 | MISDEMEANOR UNIT<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721<br>Telephone: (559) 497-4000 |

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VINCENT GARZA,<br><br>Defendant. | Case No. 1:17-po-00383-SAB<br><br>[Citation #F4854231 CA/4B]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Darin Rock, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:17-po-00383-SAB [Citation # F4854231] against VINCENT GARZA without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: February 12, 2018

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ Darin Rock
DARIN ROCK
Special Assistant U.S. Attorney

1

# **O R D E R**

IT IS HEREBY ORDERED that Case Number 1:17-po-00383-SAB [Citation # F4854231] against VINCENT GARZA be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **February 12, 2018**

UNITED STATES MAGISTRATE JUDGE